IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| LYNN CORBITT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 424-135 |
| JAMES BENJAMIN and U.S. XPRESS, INC., | ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff's counsel has not made an appearance after removal despite notice from the Clerk of Court on July 1, 2024, of his requirement to do so by the deadline of ten days after issuance of the notice.  (See doc. no. 2.)  By no later than Tuesday, July 23, 2024, Plaintiff's counsel shall file a notice of appearance or a notice identifying any substitute counsel.  The Court **DIRECTS** the **CLERK** to serve this Order on Plaintiff's counsel by email and U.S. Mail.

SO ORDERED this 16th day of July, 2024, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA